A CERTIFIED TRUE COPY
ATTEST

By Jakeia R. Mells on Jan 29, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

Jan 14, 2010

FILED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

MDL No. 875

(SEE ATTACHED SCHEDULE)

**FILED**
FEB - 4 2010

**CONDITIONAL TRANSFER ORDER (CTO-330)**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 85,038 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Eduardo C. Robreno.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Robreno.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable Eduardo C. Robreno.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Jan 29, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 2-1-10
ATTEST: Tom Dempsey
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)  MDL No. 875

## SCHEDULE CTO-330 - TAG-ALONG ACTIONS

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| **CALIFORNIA CENTRAL** | | | |
| CAC | 2 | 09-8198 | James H. Prange, et al. v. General Electric Co., et al. |
| CAC | 2 | 09-8794 | James H. Prange, et al. v. General Electric Co., et al. |
| CAC | 2 | 09-9186 | Frederick B. Hartsfield, et al. v. Albay Construction Co., et al. |
| **CALIFORNIA NORTHERN** | | | |
| CAN | 3 | 09-5504 | Frank Delahaye v. Metalclad Insulation Corp., et al. |
| CAN | 3 | 09-5649 | Marion Spilmom v. General Electric Co., et al. |
| CAN | 3 | 09-5736 | Quillia Cook, et al. v. Textron Inc., et al. |
| CAN | 3 | 09-5765 | Georgine Gori, et al. v. Northrop Grumman Shipbuilding, Inc., et al. |
| ~~CAN~~ | ~~3~~ | ~~09-5800~~ | ~~Robert Lindenmayr, et al. v. Allied Packing & Supply, Inc., et al.~~ Vacated 1/19/10 |
| CAN | 3 | 09-5817 | Roma Spellman, etc. v. United States Steel Corp. |
| CAN | 3 | 09-5821 | John Heinmiller v. Allis-Chalmers Corp. Product Liability Trust, et al. |
| CAN | 4 | 09-5601- DJH | Maria Elena Demoss, et al. v. General Electric Co., et al. |
| CAN | 4 | 09-5648 SBA | Paul Maeser v. Foster Wheeler, LLC, et al. |
| CAN | 4 | 09-5667 SBA | David Wolgamott v. Metalclad Insulation Corp., et al. |
| CAN | 4 | 09-5713 PJH | Joe Holland, et al. v. A.W. Chesterton Co., et al. |
| **CONNECTICUT** | | | |
| CT | 3 | 09-1112 | Samuel Allen, et al. v. CBS Corp. |
| **ILLINOIS CENTRAL** | | | |
| ILC | 2 | 09-2308 | Stella R. Martin, etc. v. A.W. Chesterton Co., et al. |
| **MAINE** | | | |
| ME | 2 | 09-587 | Robert L. Grigg, et al. v. Metropolitan Life Insurance Co., et al. |
| ME | 2 | 09-588 | Dana L. Snow v. Aurora Pump Co., et al. |
| ME | 2 | 09-640 | Joseph V. Zammit, et al. v. Metropolitan Life Insurance Co., et al. |
| **MISSISSIPPI SOUTHERN** | | | |
| MSS | 4 | 09-171 | Vickie Joyce Castle Speed, et al. v. Metropolitan Life Insurance Co., et al. |

# MDL No. 875 - Schedule CTO-330 Tag-Along Actions (Continued)

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|

### NORTH CAROLINA MIDDLE
| | | | |
|---|---|---|---|
| NCM | 1 | 09-971 | James Franklen Faulkenberry, et al. v. 3M Co., et al. |
| NCM | 1 | 09-1002 | William Randolph Roberts v. 3M Co., et al. |

### NORTH CAROLINA WESTERN
| | | | |
|---|---|---|---|
| NCW | 1 | 09-421 | James Lynn Tesseneer, et al. v. A.W. Chesterton Co., et al. |
| NCW | 1 | 09-424 | Bobby Joe Rathbone, et al. v. A.W. Chesterton Co., et al. |
| NCW | 1 | 09-426 | Clarence William Whitlock, et al. v. A.W. Chesterton Co., et al. |
| NCW | 1 | 09-427 | William Harold Laney, et al. v. A.W. Chesterton Co., et al. |
| NCW | 1 | 09-428 | John David McGalliard, et al. v. A.W. Chesterton Co., et al. |
| NCW | 1 | 09-429 | Roy Franklin Crisp, et al. v. A.W. Chesterton Co., et al. |
| NCW | 1 | 09-445 | Walter Emmett Carraway, et al. v. 3M Co., et al. |
| NCW | 1 | 09-452 | Ray Houser Dellinger, Jr., et al. v. 3M Co., et al. |
| NCW | 1 | 09-456 | Brian Bruce Bowen, et al. v. 3M Co., et al. |
| NCW | 1 | 09-457 | Charles Alton Gravley, et al. v. 3M Co., et al. |
| NCW | 1 | 09-458 | John Flannery v. 3M Co., et al. |
| NCW | 1 | 09-460 | Reginald Gene Hull, et al. v. 3M Co., et al. |
| NCW | 1 | 09-469 | Robert Lee Price v. 3M Co., et al. |
| NCW | 1 | 10-3 | Barry Franklin Gantt, et al. v. 3M Co., et al. |
| NCW | 1 | 10-6 | Harold Haskell Kay v. 3M Co., et al. |
| NCW | 1 | 10-8 | Cary Albert Founds, et al. v. 3M Co., et al. |

### NEVADA
| | | | |
|---|---|---|---|
| NV | 2 | 09-2395 | Susan Tafoya v. AC Delco Auto Service Center, Inc., et al. |

### RHODE ISLAND
| | | | |
|---|---|---|---|
| RI | 1 | 09-513 | Charles G. Newberry, et al. v. Elliott Turbomachinery Co., Inc., et al. |
| RI | 1 | 09-561 | Fred E. Strong, et al. v. Buffalo Pumps, Inc., et al. |

### SOUTH CAROLINA
| | | | |
|---|---|---|---|
| SC | 0 | 09-3020 | Johnnie Richard Childers, Sr., et al. v. A.W. Chesterton Co., et al. |
| SC | 8 | 09-3260 | Eugene Webb v. 3M Co., et al. |
| SC | 8 | 09-3356 | Tim David Mauldin, et al. v. 3M Co., et al. |

### TEXAS EASTERN
| | | | |
|---|---|---|---|
| TXE | 6 | 09-497 | Robert Plummer v. Turner & Newell Ltd., et al. |

# MDL No. 875 - Schedule CTO-330 Tag-Along Actions (Continued)

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| **VIRGINIA EASTERN** | | | |
| VAE | 2 | 09-9625 | William H. Monroe, Jr., etc. (Gerald P. Butler, Jr.) v. American Standard, Inc., et al. |
| VAE | 2 | 09-9626 | Norman D. Dahlstrom v. American Standard, Inc., et al. |
| VAE | 2 | 09-9627 | Ralph F. Dowske v. American Standard, Inc., et al. |
| VAE | 2 | 09-9628 | Robert Gazso v. American Standard, Inc., et al. |
| VAE | 2 | 09-9629 | Russell J. Lee v. American Standard, Inc., et al. |
| VAE | 2 | 09-9630 | Richard L. Long v. American Standard, Inc., et al. |
| VAE | 2 | 09-9631 | Ronald L. Stanley v. American Standard, Inc., et al. |
| VAE | 2 | 09-9632 | Ricky Maples v. American Standard, Inc., et al. |
| VAE | 2 | 09-9633 | Darrell L. McBee v. American Standard, Inc., et al. |
| VAE | 2 | 09-9634 | John P. Murphy v. American Standard, Inc., et al. |
| VAE | 2 | 09-9635 | Collis R. Parker v. American Standard, Inc., et al. |
| VAE | 2 | 09-9636 | John Snyder, Jr. v. American Standard, Inc., et al. |
| VAE | 2 | 09-9637 | William H. Monroe, Jr., etc. (Gordon G. Noe) v. American Standard, Inc., et al. |
| VAE | 2 | 09-9638 | Roy D. Morgan v. American Standard, Inc., et al. |
| VAE | 2 | 09-9639 | James H. Pahlman v. American Standard, Inc., et al. |
| VAE | 2 | 09-9640 | Michael C. Rivera v. American Standard, Inc., et al. |
| VAE | 2 | 09-9641 | Virgil B. Sword v. American Standard, Inc., et al. |
| VAE | 2 | 09-9642 | Donald F. Miller, Sr. v. American Standard, Inc., et al. |
| VAE | 2 | 09-9643 | Paul R. Ollanketo v. American Standard, Inc., et al. |
| VAE | 2 | 09-9644 | Fred L. Peters, Jr. v. American Standard, Inc., et al. |
| VAE | 2 | 09-9645 | John Sager, Jr. v. American Standard, Inc., et al. |
| VAE | 2 | 09-9646 | Howard H. Watson v. American Standard, Inc., et al. |
| VAE | 2 | 09-9659 | Charles Leonard Willis v. Allis Chalmer Corp. Product Liability Trust, et al. |
| **WASHINGTON WESTERN** | | | |
| WAW | 3 | 09-5801 | Richard E. Anderson, et al. v. Saberhagen Holdings, Inc., et al. |
| **WISCONSIN EASTERN** | | | |
| WIE | 1 | 09-1062 | Elsie M. Long, etc. v. A.W. Chesterton Co., et al. |
| WIE | 1 | 09-1099 | Marcella M. Bennington, etc. v. CBS Corp., et al. |
| **WISCONSIN WESTERN** | | | |
| WIW | 3 | 09-726 | Gerald F. Bushmaker v. A.W. Chesterton Co., et al. |